In the Matter of the Judicial Settlement of the Account of
JULIUS P. CAHEN et al., as Executors, etc.

(Argued October 11, 1889; decided October 22, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made May 2, 1889, which modified, and affirmed as modified,
the decree of the surrogate of the county of New York on
final settlement of the accounts of the executors of the will of
Julius R. Meyer, deceased.

Aside from certain questions of fact, as to which the court
hold that the decision of the surrogate, having been affirmed
by the General Term, is conclusive here, the case was disposed
of on authority of *Meyer* v. *Cahen* (111 N. Y. 270).

*E. C. Boardman* for appellants.

*M. F. Townsend* for respondent.

EARL, J., reads for modification of judgment of General
Term and decree of surrogate, and for affirmance as modified.

All concur.

Judgment accordingly.

————

SUSAN PROVOST, Respondent, *v.* THE MAYOR, ALDERMEN AND
COMMONALTY OF THE CITY OF NEW YORK, Appellant.

(Argued October 9, 1889; decided October 29, 1889.)

APPEAL from judgment of the Court of Common Pleas for
the city and county of New York, entered upon an order
made December 4, 1888, which affirmed a judgment in favor
of plaintiff, entered upon a verdict.

*D. J. Dean* for appellant.

*Nelson Cross* for respondent.

Agree to affirm ; no opinion.
All concur, except GRAY, J., not voting.
Judgment affirmed.